# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARDEN VIEW AT JONES CREEK, LLC

VERSUS

DONAHUE FAVRET CONTRACTORS, INC., LIBERTY MUTUAL INSURANCE COMPANY, HERITAGE FLOORING, INC., LAIRD'S PLUMBING, MECHANICAL AND SERVICES, LLC, PACE CONSTRUCTION SERVICES, LLC, RIVER CITY AIR CONDITIONING, INC., AND TEK ELECTRIC GROUP, LLC

NO.  2019 CW 1564

**MAR 0 3 2020**

---

In Re:    River City Air Conditioning, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 653410.

---

**BEFORE:    WHIPPLE, C.J., McDONALD AND BURRIS,[1] JJ.**

**WRIT DENIED.**

**VGW**
**JMM**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving _pro tempore_ by special appointment of the Louisiana Supreme Court.